Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EVERY PENNY COUNTS, INC.    v. WELLS FARGO BANK, N.A.

No. 15-1134

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    EVERY PENNY COUNTS, INC.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Frank R. Jakes |
| Law firm: | Johnson, Pope, Bokor, Ruppel & Burns LLP |
| Address: | 403 E. Madison Street, 4th Floor |
| City, State and ZIP: | Tampa, FL  33602 |
| Telephone: | 813/225-2500 |
| Fax #: | 813/223-7118 |
| E-mail address: | frankj@jpfirm.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/02/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 11/19/2014 | /s/ Frank R. Jakes |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on November 19, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Frank R. Jakes | /s/ Frank R. Jakes |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Johnson, Pope, Bokor, Ruppel & Burns, LLP

Address: 403 E. Madison Street, 4th Floor

City, State, ZIP: Tampa, FL  33602

Telephone Number: 813-225-2500

FAX Number: 813-223-7118

E-mail Address: frankj@jpfirm.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.