NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVERY PENNY COUNTS, INC., a Delaware corporation,**
*Plaintiff - Appellant*

v.

**WELLS FARGO BANK, N.A., FKA Wachovia Bank, N.A.,**
*Defendant - Appellee*

---

15-1134

---

Appeal from the United States District Court for the Middle District of Florida in case no. 8:11-cv-02826-SDM-TBM United States District Judge Steven D. Merryday

---

## **O R D E R**

The plaintiff-appellant having paid the filing fee at the U.S. District Court on October 15, 2014 and mandate having been issued in error for failure to pay the filing, it is

ORDERED that the court's dismissal order is VACATED, the mandate is RECALLED, and the appeal is REINSTATED.

FOR THE COURT

December 16, 2014            /s/ Daniel E. O'Toole
                                                      Daniel E. O'Toole
                                                      Clerk of Court

cc: Clerk's Office, United States District Court for the Middle District of Florida
John Steven Gardner
Frank R. Jakes
Michael T. Morlock
Joseph J. Weissman
Frederick Lee Whitmer