NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVERY PENNY COUNTS, INC., a Delaware corporation,**
*Plaintiff-Appellant*

v.

**WELLS FARGO BANK, N.A., FKA Wachovia Bank, N.A.,**
*Defendant-Appellee*

---

2015-1134

---

Appeal from the United States District Court for the Middle District of Florida in No. 8:11-cv-02826-SDM-TBM, Judge Steven D. Merryday.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge.*

**O R D E R**

Every Penny Counts, Inc. moves without opposition to stay proceedings in order to seek a ruling under Fed. R. Civ. P. 54(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedule is stayed pending the district court's resolution of issues.

(2) The parties are directed to advise this court within 14 days of the district court's final ruling concerning how they believe this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s26