NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**EVERY PENNY COUNTS, INC., a Delaware corporation,**
*Plaintiff - Appellant*

**v.**

**WELLS FARGO BANK, N.A., fka Wachovia Bank, N.A.,**
*Defendant - Appellee*

———————————

2015-1134, 2015-1791

———————————

Appeals from the United States District Court for the Middle District of Florida in case no. 8:11-cv-02826-SDM-TBM, Judge Steven D. Merryday.

———————————

## **O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

1) The appeals are dismissed under Fed. R. App. P. 42(b).

2) Each party shall bear its own costs.


FOR THE COURT

July 24, 2015                    /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court


**ISSUED AS A MANDATE:**  July 24, 2015